**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Johnny L. Thomas                        CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 21-13080 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORP. and index same on the master mailing list.

                                                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
01 Dec 2021, 14:02:13, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322